1  JAMES A. OLIFF (*Pro Hac Vice*)
   JOHN W. O'MEARA (*Pro Hac Vice*)
2  ROBERT E. SALYER (*Pro Hac Vice*)
   OLIFF & BERRIDGE, PLC
3  277 South Washington Street, Suite 500
4  Alexandria, VA  22314
   Telephone:  (703) 836-6400
5  Facsimile:  (703) 836-2787
6  joliff@oliff.com; jomeara@oliff.com; rsalyer@oliff.com

7  KENNETH L. NISSLY (CA Bar No. 77589)
   SUSAN van KEULEN (CA Bar No. 136060)
8  CHRISTOPHER L. OGDEN (C.A. Bar No. 235517)
   THELEN REID BROWN RAYSMAN & STEINER LLP
9  225 West Santa Clara Street, Suite 1200
10 San Jose, CA  95113-1723
   Telephone:  (408) 292-5800
11 Facsimile:  (408) 287-8040
12 kennissly@thelen.com; svankeulen@thelen.com; cogden@thelen.com

13 Attorneys for Plaintiff
   SEIKO EPSON CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| SEIKO EPSON CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>PICVUE ELECTRONICS, LIMITED,<br><br>Defendant. | **Case No. C 06-05782 JL**<br><br>~~XXXXXXX~~ **PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME AND TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**DATE:** **December 20, 2006**<br>**TIME:** **10:30 a.m.**<br>**PLACE:** **Courtroom F, 15th Floor**<br>**JUDGE:** **Hon. James Larson** |

25 //
26 //
27 //
28

OLIFF &
BERRIDGE PLC
ATTORNEYS AT LAW

-1-
**(PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME)**

1   Having reviewed Plaintiff Seiko Epson's Motion to Enlarge Time and to Reschedule Initial
2   Case Management Conference, this Court, upon consideration, is of the opinion that the motion
3   should in all respects be granted. Accordingly, it is hereby ORDERED that Plaintiff's Motion to
4   Enlarge Time and to Reschedule Initial Case Management Conference is granted, and that the
5   Initial Case Management Conference in this case is rescheduled for thirty days after service upon
6   Defendant Picvue has been completed.
7   The Case Management Conference has been continued to February 14, 2007 at 10:30 a.m.

9   DATED this __11th__ day of December, 2006.

11  By: _____
12  HON. JAMES LARSON
    UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge James Larson*

OLIFF &
BERRIDGE PLC
ATTORNEYS AT LAW

-2-
**(PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME)**