| | |
|---|---|
| 1 | JAMES A. OLIFF (*Pro Hac Vice*) |
| 2 | JOHN W. O'MEARA (*Pro Hac Vice*) |
|   | ROBERT E. SALYER (*Pro Hac Vice*) |
| 3 | OLIFF & BERRIDGE, PLC |
|   | 277 South Washington Street, Suite 500 |
| 4 | Alexandria, VA 22314 |
|   | Telephone: (703) 836-6400 |
| 5 | Facsimile: (703) 836-2787 |
| 6 | joliff@oliff.com; jomeara@oliff.com; rsalyer@oliff.com |
| 7 | KENNETH L. NISSLY (CA Bar No. 77589) |
|   | SUSAN van KEULEN (CA Bar No. 136060) |
| 8 | THELEN REID BROWN RAYSMAN STEINER |
| 9 | & PRIEST LLP |
|   | 225 West Santa Clara Street, Suite 1200 |
| 10 | San Jose, CA 95113-1723 |
|    | Telephone: (408) 292-5800 |
| 11 | Facsimile: (408) 287-8040 |
| 12 | kennissly@thelenreid.com; svankeulen@thelenreid.com |
| 13 | Attorneys for Plaintiff |
|    | SEIKO EPSON CORPORATION |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| SEIKO EPSON CORPORATION, | | Case No. C 06-05782 JL |
| | Plaintiff | Honorable James Larson |
| v. | | MOTION TO WITHDRAW AS COUNSEL |
| PICVUE ELECTRONICS, LIMITED, | | |
| | Defendant. | |

Robert E. Salyer, attorney for Defendant, Seiko Epson Corporation, hereby moves pursuant to Civil Local Rule 11-5, to withdraw as counsel for Seiko Epson Corporation, and in support thereof states as follows:

-1-
(MOTION TO WITHDRAW AS COUNSEL)

OLIFF &
BERRIDGE PLC
ATTORNEYS AT LAW

1. On October 18, 2006, Robert E. Salyer, James A. Oliff, and John W. O'Meara of Oliff & Berridge, PLC, filed motions for admission as attorneys *pro hoc vice* in the above-styled action. These motions were granted on October 24, 2006.

2. Defendant Seiko Epson Corporation has had reasonable notice and does not object to the withdrawal of Robert E. Salyer in the above-styled matter.

3. Accordingly, Robert E. Salyer seeks to withdraw as counsel for Seiko Epson Corporation.

WHEREFORE, Robert E. Salyer prays this Court allow him to withdraw as a counsel of record for Defendant, Seiko Epson Corporation, and for any such other relief as this Court deems just.

DATED this 4th day of May, 2007.

By: /s/ Robert E. Salyer
ROBERT E. SALYER (*Pro Hac Vice*)
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Telephone: (703) 836-6400;
Facsimile: (703) 836-2787
rsalyer@oliff.com

May 7, 2007



IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-
(MOTION TO WITHDRAW AS COUNSEL)

OLIFF & BERRIDGE PLC
ATTORNEYS AT LAW