JAMES A. OLIFF (*Pro Hac Vice*)
JOHN W. O'MEARA (*Pro Hac Vice*)
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Telephone: (703) 836-6400
Facsimile: (703) 836-2787
joliff@oliff.com; jomeara@oliff.com

KENNETH L. NISSLY (CA Bar No. 77589)
SUSAN van KEULEN (CA Bar No. 136060)
CHRISTOPHER L. OGDEN (CA Bar No. 235517)
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Telephone: (408) 292-5800
Facsimile: (408) 287-8040
kennissly@thelenreid.com; svankeulen@thelenreid.com; cogden@thelen.com

Attorneys for Plaintiff
SEIKO EPSON CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SEIKO EPSON CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>PICVUE ELECTRONICS, LIMITED,<br><br>Defendant. | **Case No. C 06-05782 JL**<br><br>XXXXXXX **PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME AND TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**CMC-DATE:** May 16, 2007<br>**TIME:** 10:30 a.m.<br>**PLACE:** Courtroom F, 15th Fl.<br>**JUDGE:** Hon. James Larson |

Having reviewed Plaintiff Seiko Epson's Motion to Enlarge Time and to Reschedule Initial Case Management Conference, this Court, upon consideration, is of the opinion that the motion should in all respects be granted. Accordingly, it is hereby ORDERED that Plaintiff's Motion to

-1-
**(PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME)**

OLIFF &
BERRIDGE PLC
ATTORNEYS AT LAW

1  Enlarge Time and to Reschedule Initial Case Management Conference is granted, and that the

2  Initial Case Management Conference in this case is rescheduled for ~~thirty days after service upon~~

3  ~~Defendant Picvue has been completed~~.  July 11, 2007 at 10:30 a.m. in Ctrm F, 15th Flr.

6  DATED this __11__ day of May, 2007.

By: _____
HON. JAMES L. [LARSON]
UNITED STATES [MAGISTRATE] JUDGE

IT IS SO ORDERED
Judge James Larson