

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SEIKO EPSON CORPORATION | CASE NO. C 06-05782 JL |
| Plaintiff(s), | **(Proposed)** |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| PICVUE ELECTRONICS, LIMITED | |
| Defendant(s). | |

Emerson V. Briggs, III , an active member in good standing of the bar of Connecticut, New York, and D.C. whose business address and telephone number (particular court to which applicant is admitted) is OLIFF & BERRIDGE, PLC, 277 South Washington Street, Suite 500, Alexandria, VA, (703) 836-6400,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing SEIKO EPSON CORPORATION.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 7-5-07

JAMES L. LARSON
United States Magistrate Judge

American LegalNet, Inc.
www.USCourtForms.com