UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEIKO EPSON CORPORATION,

    Plaintiff,                                          No. C 06-5782 PJH

    v.                                               **JUDGMENT**

PICVUE ELECTRONICS, LIMITED

    Defendant.

_____/

The court having granted plaintiff's motion for default judgment,

It is Ordered and Adjudged

that plaintiff Seiko Epson Corporation recover from defendant Picvue Electronics, Limited, the sum of $224,190.56 in contract damages, $4,848.00 in contractual interest, and $5,597.00 in costs, for a total of $234,635.56.

Dated: October 10, 2007

                                                              _____
                                                              PHYLLIS J. HAMILTON
                                                              United States District Judge

cc: Wings, Assigned M/J, counsel of record